KRIDER BUILDING MATERIAL CO., INC., Respondent, *v.* CONSOLIDATED INDEMNITY AND INSURANCE COMPANY, Appellant, Impleaded with Another.

(Argued October 9, 1934; decided November 20, 1934.)

*Arnold T. Koch, Basil O'Connor* and *Earle R. Koons* for appellant.

*Frederick W. Hamberg* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.